THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BYLES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACE PARKING MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C16-0834-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for leave to file an overlength brief (Dkt. No. 29). Plaintiff's motion is GRANTED. Plaintiff is permitted to file an overlength brief of 28 pages in support of Plaintiff's unopposed motion for preliminary approval of class action settlement agreement.

DATED this 9th day of January 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C16-0834-JCC
PAGE - 1