THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCE BYLES, individually, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ACE PARKING MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C16-0834-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Due to a conflict in the Court's schedule, the Honorable Richard A. Jones, United States District Judge, will preside over the upcoming fairness hearing. The fairness hearing will take place on August 20, 2019 at 9:00 a.m. at 700 Stewart Street, Suite 13106, Seattle WA 98101.

DATED this 14th day of June 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk