THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE BYLES, individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>   v.<br><br>ACE PARKING MANAGEMENT, INC.,<br><br>               Defendant. | CASE NO. C16-0834-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to file overlength brief (Dkt. No. 35). The motion is GRANTED.

DATED this 19th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk